IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BODYLINES INC., a corporation,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 05-01523 WHA<br><br>**ORDER GRANTING STIPULATION EXTENDING CERTAIN DEADLINES** |

　　　　The parties' stipulation extending certain deadlines is granted as follows:

　　　　1.　　Defendant's time to file responsive pleadings is extended to **JULY 18, 2005**.

　　　　2.　　The parties' deadline to comply with Rule 26(f) disclosures is extended to **JULY 18, 2005**.

　　　　3.　　The case management conference is **CONTINUED** until **JULY 21, 2005**, the joint statement being due **JULY 14, 2005**.

　　　　**IT IS SO ORDERED.**

Dated: June 23, 2005.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE