IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BODYLINES INC., a corporation,<br><br>    Defendant. | No. C 05-01523 WHA<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE REQUESTS FOR EXTENSIONS** |

    The Court is in receipt of defendant founder and president's ex parte fax memorandum to continue the case management conference and extend time to respond to the complaint due to withdrawal of defense counsel. The Court notes that no motion of withdrawal has been filed nor granted. Until the Court relieves defense counsel of its obligations and new counsel substituted in, counsel must continue to represent defendant and meet all deadlines herein. The Court hereby **GRANTS** defendant time to file its answer and counterclaim to and including **AUGUST 4, 2005**. The case management conference is **CONTINUED** to **AUGUST 4, 2005, AT 11:00 A.M.** The case management statement is due no later than **JULY 28, 2005. PLEASE NOTE THAT NO FURTHER CONTINUANCES WILL BE CONSIDERED.**

    **IT IS SO ORDERED.**

Dated: July 15, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE