IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, a corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>BODYLINES INC., a corporation,<br><br>      Defendant.<br>                                       / | No. C 05-01523 WHA<br><br>**ORDER RESOLVING DISCOVERY DISPUTE** |

     As stated on the record during this afternoon's telephone conference, there shall be no destructive testing of the disk drive barring stipulation by the parties or further order of the Court. By **SEPTEMBER 27, 2005**, defendant's consultant shall file a short letter, not more than two pages, detailing what he intends to do. By **OCTOBER 4, 2005**, plaintiff's consultant shall respond in writing with any objections. Thereafter, counsel shall have until **OCTOBER 11, 2005**, to meet and confer and either (1) jointly agree to a protocol for the destructive testing or (2) notify the Court of the need for a further telephone conference to resolve the dispute.

     **IT IS SO ORDERED.**

Dated: September 20, 2005

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE