IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BODYLINES INC., a corporation,<br><br>    Defendant.<br>                                               / | No. C 05-01523 WHA<br><br>**ORDER REGARDING DISCOVERY DISPUTE** |

    As stated on the record during this afternoon's telephone conference, counsel shall have until **OCTOBER 28, 2005**, to meet and confer and either (1) jointly agree to a protocol for the destructive testing or (2) file a motion on the normal 35-day calendar to resolve any remaining dispute regarding this issue.

    **IT IS SO ORDERED.**

Dated: October 12, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE