IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BODYLINES INC., a corporation,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 05-01523 WHA<br><br>**ORDER REGARDING NOTICED MOTION** |

　　　Plaintiff's pending motion for a protective order will ***not*** be resolved via telephone conference. The motion shall be heard, as noticed, on **DECEMBER 15, 2005 AT 8:00 A.M.** Responsive briefs are due as provided in Civil Local Rule 7–3.

　　　**IT IS SO ORDERED.**

Dated: October 31, 2005

　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE