United States District Court
For the Northern District of California

1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   ATLANTIC MUTUAL INSURANCE                    No. C 05-01523 WHA
     COMPANY, a corporation,
11
             Plaintiff,
12
                                                   **ORDER DENYING
13      v.                                          PLAINTIFF'S MOTION FOR
                                                    PROTECTIVE ORDER AND
14   BODYLINES, INC., a corporation,                VACATING HEARING**

15           Defendant.
                                          /
16

17

18           Atlantic Mutual's motion for a protective order is **DENIED**.  The record shows that the

19   proposed testing by Mr. Moon will be minimally destructive and has a plausible chance to

20   prove something useful.  Atlantic Mutual had a reasonable opportunity to test the drive and

21   spurned it.  Now, Bodylines will have its chance, but Bodylines is ordered to honor all

22   conditions Moon has set for the test including the conditions in the memo dated September 28,

23   2005.  If the parties cannot fully agree in writing, on or before December 13, 2005, on a date for

24   the test then it shall go forward on December 20, 2005.  At all events, the test must be

25   completed by January 13, 2005, and the results provided to the Court and counsel.  Please do

26   not ask for an extension.

27

28

The motion lacks details, specificity and good cause.  It appears to be a dilatory tactic.

Pursuant to Rule 37, the Court orders movant Atlantic Mutual to pay Bodylines $750 to defray

the cost of responding to the insubstantial motion.  The hearing set for December 15, 2005 is

vacated.


**IT IS SO ORDERED.**


Dated:  December 6, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2