```
Marilyn Raia, SBN 072320
E-mail: marilyn.raia@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Atlantic Mutual Insurance Co.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, a corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BODYLINES, INC. a corporation,<br><br>　　　　　Defendant.<br><br>And Counterclaim | Case No.: C05-01523 WHA<br><br>**STIPULATION RE DISMISSAL AND (PROPOSED) ORDER** |

　　　　This action having been settled between the parties, the parties hereby stipulate that it may be dismissed with prejudice in its entirety, each party to bear its own attorneys fees and costs.

DATED: January 12, 2006　　　　　　　　BULLIVANT HOUSER BAILEY PC

　　　　　　　　　　　　　　　　　　　　By  /s/ Marilyn Raia
　　　　　　　　　　　　　　　　　　　　　　Marilyn Raia
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and
　　　　　　　　　　　　　　　　　　　　Counterdefendant Atlantic Mutual
　　　　　　　　　　　　　　　　　　　　Insurance Company

Error! Unknown document property name.

– 1 –

| | | |
|---|---|---|
| 1 | Dated: January 10th, 2006 | CREECH, LIEBOW & KRAUS |
| 2 | | |
| 3 | | By /s/ Randall Creech |
| | | Randall Creech |
| 4 | | Attorneys for Defendant and Counterclaimant Bodylines, Inc. |
| 5 | **IT IS SO ORDERED.** | |
| 6 | Dated: | APPROVED — Judge William H. Alsup |
| 7 | | William H. Alsup |
| | | United States District Judge |

Error! Unknown document property name.

— 2 —